JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JAMES DIEP,<br><br>              Petitioner,<br><br>       v.<br><br>LUIS MARTINEZ, Warden,<br><br>              Respondent. | Case No. SA CV 23-255 ODW (MRW)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: November 7, 2023

_____
HON. OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE